```
                                                   FILED _____ LODGED
                                                   _____ RECEIVED

                                                   MAY 06 2022

                                                   CLERK U.S. DISTRICT COURT
                                                   WESTERN DISTRICT OF WASHINGTON AT TACOMA
                                                BY                          DEPUTY
```

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | CAUSE NO. 3:22-CV-05214-DGE |
| ) | |
| Alejandro Calderon ) | |
| ) | |
| PLANTIFF ) | |
| ) | |
| Vs. ) | |
| Rausch Sturm, LLP ) | MOTION TO DISMISS |
| Machol & Johannes, LLC ) | |
| Payam Parsadmehr WSBA #52484 ) | |
| Ashley Brianna Bittner WSBA # 48371 ) | |
| Roger Edward Rahlfs WSBA # 6035 ) | |
| ) | |
| DEFENDANTS ) | |

Plaintiff, Alejandro Calderon, moves the court to dismiss all claims against Machol & Johannes ,LLC. Machol & Johannes ,LLC at 2800 156th Ave SE #105, Bellevue, WA 98007 has ceased business operations.

The plaintiff is not able to perfect service.

Alejandro Calderon
1309 E 58th St.
Tacoma, WA 98404
Alexerectors@gmail.com

Dated May 6, 2022

# Exhibit "A"

# MACHOL JOHANNES LLC
ATTORNEYS AT LAW

All cases are either being transferred to a new law firm, being returned to the creditor, or our client. New counsel is in the process of substituting in as attorney of record in pending Court cases. Written notification of the transfer pending Court cases and payment arrangements, where applicable, are in the process of being mailed out. If this is an urgent matter you may contact the creditor directly. If you have an account with LVNV or Resurgent, please call them directly at (888) 665-0374. Thank you for your patience through this transition.

© 2011 - 2022 Machol & Johannes, LLC All rights reserved