Honorable David G. Estudillo

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IN THE MATTER OF:

Alejandro Calderon

        Plaintiff,

   v.

Rausch Sturm, LLP
Machol & Johannes, LLC
Payam Parsadmehr WSBA #52484
Ashley Brianna Bittner WSBA #48371
Roger Edward Rahlfs WSBA #6035

        Defendants.

Case No.: 3:22-cv-05214-DGE

**NOTICE OF APPEARANCE FOR DEFENDANTS BITTNER AND RAHLFS**

**CLERK'S ACTION REQUIRED**

TO:      CLERK OF THE COURT;

AND TO:    ALL PARTIES AND COUNSEL OF RECORD.

      YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Defendants Ashley Brianna Bittner and Roger Edward Rahlfs, hereby appear in the above-entitled cause by the undersigned attorneys, without waiving any defense, and requests that all further papers and pleadings herein, except process, be served upon the undersigned attorneys at the address stated below.

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052

DATED:  May 17, 2021.

BUCHALTER
A Professional Corporation

*s/ Bradley P. Thoreson*
Bradley P. Thoreson, WSBA #18190

*s/ Alexandra M. Shulman*
Alexandra M. Shulman, WSBA #84444

1420 Fifth Avenue, Suite 3100
Seattle, WA 98101-1337
Phone: 206-319-7052
Email: bthoreson@buchalter.com
Email: ashulman@buchalter.com

*Attorneys for Defendants Rausch Sturm*
*LLP, Ashley Brianna Bittner, and Roger*
*Edward Rahlfs*

NOTICE OF APPEARANCE FOR DEFENDANTS BITTNER AND RAHLFS - 2
CASE NO.: 3:22-CV-05214-DGE

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA  98101-1337
TELEPHONE: 206.319.7052

1
2
3

**CERTIFICATE OF SERVICE**

4

5        I hereby certify that on May 17, 2022, I electronically filed the preceding document with

6 the Clerk of the Court using the CM/ECF system, which will send notification to the counsel of

7 record in this case and I mailed a copy of the preceding document to:

8        Alejandro Calderon
         1309 E. 58th St
9        Tacoma, WA 98404
         Email: alexerectors@gmail.com
10
         Pro Se Plaintiff
11
         I declare under penalty of perjury under the laws of the United States of America that the
12
foregoing is true and correct.
13

14                                          /s/ Marci L. Brandt
                                            Marci L. Brandt, Legal Assistant
15

16    BN 70539008v1

17
18
19
20
21
22
23
24
25
26

NOTICE OF APPEARANCE FOR DEFENDANTS BITTNER AND RAHLFS - 3
CASE NO.: 3:22-CV-05214-DGE

BUCHALTER
1420 FIFTH AVENUE, SUITE 3100
SEATTLE, WA 98101-1337
TELEPHONE: 206.319.7052